AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | FLORIDA Florida

CAR BODY LAB, INC.,

V.

LIITHIA MOTORS, INC. ,

## EXHIBIT AND WITNESS LIST

Case Number:  1:21-cv-21484-FAM

| PRESIDING JUDGE Jonathan Goodman | PLAINTIFF'S ATTORNEY David A. Kunselman, Deborah J. Michelson, & James Weintraub | DEFENDANT'S ATTORNEY Ury Fischer, Britt L. Anderson, Christian W. Marcelo, & Jeremy L. Buxbaum |
|---|---|---|
| TRIAL DATE (S) 6/4/2021 | COURT REPORTER Ilona Lupowitz | COURTROOM DEPUTY Faithtrina Bynum-Stinson |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 29 | 6/4/2021 | | yes | Defendant's Exhibit #29 dated 11/16/2020 |
| | 15 | 6/4/2021 | | yes | Defendant Exh bit # 15 -Letter dated 5/12/2020 |
| | 16 | 6/4/2021 | | yes | Defendant's Exhibit# 16 dated: 6/3/2020 REPONSE FROM CAR BODY INC. |
| | 18 | 6/4/2021 | | yes | Defendant's Exhibit# 18 dated: 9/2/2020 |
| 151 | | 6/4/2021 | | no | Plaintiff's Exhibuit #151:Hearing Declaration of Counsel  pages 1-2159 |
| 130 | | 6/4/2021 | | yes | Plaintiff's Exbihit # 130:Screenshot of Archive Webpage for Driveway |
| 145 | | 6/4/2021 | | yes | Plaintiff Exhibit # 145 dated 6/3/2020 |
| | | 6/4/2021 | | | Sworn Witness, Rudy Joudet   (Chief Executive Ofc. for Care Body Lab Inc. ) |
| | | 6/4/2021 | | | Sworn Witnesss, David Lambert /   (Care Body lab Inc. ) |
| | 44 | 6/4/2021 | | yes | Defendant's Exhibit # 44- Dave Lambert Profile |
| | 45 | 6/4/2021 | | yes | Defendant's Exhibit # 45- Email dated 11/23/2020 |
| 152 | | 6/4/2021 | | no | Plaintiff's Exhibit # 152- Deposition |
| | 1 | 6/4/2021 | | no | Defendant's Exhibit# 1- Deposiition for Defendant, Thomas M. Dobry |
| | 2 | 6/4/2021 | | no | Defendant's Exhibit# 2- Declaration of Tom Dobry |
| | | 6/4/2021 | | | Sworn Witness, Thomas M. Dobry  ( Senior Vice President for Defendant Lithia Motors, Inc) |
| | 3 | 6/4/2021 | | yes | Defendant's Exhibit# 3 Driveway Screenshot from the Website from the year 2016 |
| | 4 | 6/4/2021 | | yes | Defendant's Exhibit# 4 Receipt for Drive5.com and Drivefive.com dated 2/25/16 |
| | 5 | 6/4/2021 | | yes | Defendant's Exhibit # 5 Lithia Summary Report from 2016-2019 (Internal report) |
| | 6 | 6/4/2021 | | yes | Defendant's Exhibit # 6 Driveway Advertisement |
| | 7 | 6/4/2021 | | yes | Defendant's Exhibit # 7 Driveway Advertisement (365 in 31 Challenge) Drive 5 |
| | 8 | 6/4/2021 | | yes | Def's Exh bit # 8 Lithia Excel Spreadsheet from 2016-2019 re: Advertisement (Internal report) |
| | 9 | 6/4/2021 | | yes | Defendant's Exhibit # 9 Driveway Advertisement |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Print | Save As... | Export as FDF | Retrieve FDF File | New Page | Reset

✎AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Car Body Lab, Inc. | | vs. | Lithia Motors, Inc. | | CASE NO 1:21-cv-21484-FAM | |
|---|---|---|---|---|---|---|

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 10 | 6/4/2021 | | yes | Defendant's Exhibit# 10- 2016-2019 Report of New and Used cars |
| | 13 | 6/4/2021 | | yes | Defendant's Exhibit# 13- Website Archived from 2020. |
| 95 | | 6/4/2021 | | yes | Plaintiff's  Exh bit# 95- Email dated 1/16/2020 |
| 105 | | 6/4/2021 | | yes | Plaintiff's Exhibit#  105- Domain Search Engine WHOXY dated 5/30/21 |
| 118 | | 6/4/2021 | | yes | Plaintiff's Exhibit#  118 Sample of Television Advertisement in 2016 |
| 119 | | 6/4/2021 | | yes | Plaintiff's Exhibit#  119- Driveway Sign  (Circus) |
| 120 | | 6/4/2021 | | yes | Plaintiff's Exhibit#  120-Driveway Sign |
| 121 | | 6/4/2021 | | yes | Plaintiff's Exhibit#  121- Yard Sign Driveway 5 |
| 122 | | 6/4/2021 | | yes | Plaintiff's Exhibit#  122- Signs of Directions to the Driveway 5 (Winners Circle) |
| 144 | | 6/4/2021 | | yes | Plaintiff's Exhibit#  144- Revenue Numbers: 7/9/2020 to present |
| 132 | | 6/4/2021 | | yes | Plaintiff's Exh.  132-Compu Mark Trademark Research Report dated 1/10/20 completed 1/14/2020 |
| 81 | | 6/4/2021 | | yes | Plaintiff's Exhibit#  81 Lithia Motors Inc (LAD) Q3 2020 Earnings Call Transcript |
| | | | | | Sworn, George Hines, Senior Vice President/Chief Innovation & Tech. Officer (Lithia Motors Inc.) |
| | 22 | 6/4/2021 | | yes | Defendant's Exhibit# 22- DOMAIN PAGE  dated:7/20/2020 |
| | 19 | 6/4/2021 | | yes | Defendant's Exhibit# 19-Domain Acquisition Order form dated 3/13/18 |
| | 20 | 6/4/2021 | | yes | Defendant's Exhibit# 20 -Email dated 1/16/2020 (Emai response from George Hines) |
| | 21 | 6/4/2021 | | yes | Defendant's Exhibit# 21 -Top Level Landing page dated 1/17/2020 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Print          Save As...          Export as FDF          Retrieve FDF File          Reset