UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 21-21484-CIV-MORENO**

CAR BODY LAB, INC.,

    Plaintiff,

vs.

LITHIA MOTORS, INC.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO DISMISS

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, to take all necessary and proper action as required by law with respect to any and all pretrial proceedings **(D.E. 36)**. Defendant Lithia, Inc. filed a motion to dismiss **(D.E. 34)** and, subsequently, Magistrate Judge Goodman filed a Report and Recommendation **(D.E. 103)** on the motion. The Court has reviewed the entire file and record. No objections to the Report and Recommendation were filed. Rather, on July 2, 2021, Plaintiff filed a "Motion for Leave to File Amended Complaint, Instanter, to Conform to Magistrate's Report and Recommendation." On the same day, Magistrate Judge Goodman granted the motion and the Plaintiff filed its amended complaint. Accordingly, it is

**ADJUDGED** that United States Magistrate Judge Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED** in part. Accordingly, it is

**ADJUDGED** that Defendant Lithia, Inc.'s motion to dismiss is **DENIED AS MOOT**. The Plaintiff has filed an amended complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th of August 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Jonathan Goodman, Counsel of Record