UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 21-21484-CIV-MORENO**

CAR BODY LAB, INC.,

        Plaintiff,

vs.

LITHIA MOTORS, INC.,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, to take all necessary and proper action as required by law with respect to any and all pretrial proceedings **(D.E. 36)**. The Magistrate Judge filed a Report and Recommendation **(D.E. 100)** on **June 21, 2021**, recommending that Plaintiff's Motion for Preliminary Injunction **(D.E. 23)**, filed on **April 23, 2021**, be denied. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that Plaintiff's objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. To the extent that Plaintiff raises a new argument in its objections not previously presented to the Magistrate Judge, that "[t]he 'actual and imminent' threat of irreparable harm to [Plaintiff] only arose when [Defendant] unleashed its infringing re-brand campaign into Florida and California (markets where [Plaintiff] actively does business)" in February and March 2021 (D.E. 116, at 13-14), the Court has considered Plaintiff's newly-raised argument and finds it is without merit. Plaintiff cites no legal authority for this proposition and Plaintiff's request for a nationwide injunction against Defendant belies such a claim. Plaintiff's remaining objections **(D.E. 116)** are **OVERRULED** for the reasons stated in Magistrate Judge Goodman's Report and Recommendation. Accordingly, it is

**ADJUDGED** that Plaintiff Car Body Lab, Inc.'s Motion for Preliminary Injunction is **DENIED** for the reasons stated in Magistrate Judge Goodman's well-reasoned report.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th of August 2021.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record