IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA MIAMI
DIVISION

Case No. 1:21-CV-21484

CAR BODY LAB, INC.,

       Plaintiff,

vs.

LITHIA MOTORS, INC.,

       Defendant.

_____/

## MEDIATION REPORT

       COMES NOW the undersigned JAMS mediator who reports to the Court that the parties mediated the above-captioned case. All parties and counsel were present. The case settled in full.

                         JAMS
                         2500 N. Military Trail, Suite 200
                         Boca Raton, FL 33431
                         Tel: (561) 393-9733
                         Fax: (561) 393-9707

                         By: s/Jeffrey Grubman_____
                         Jeffrey S. Grubman
                         Mediator No: 15500 CR